UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JAN 0 5 2015
PER
DEPUTY CLERK

| | | |
|---|---|---|
| TOD A. GORDON, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:CV-14-2396 |
| LT. FLOWERS, et al., | : | (Judge Kosik) |
| Defendants | : | |

## ORDER

**AND NOW, THIS** 5th **DAY OF JANUARY, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is construed to be a motion to proceed without full prepayment of the filing fee and is **granted**.

2. The complaint is **dismissed with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **close this case**.

4. Any appeal from this order will be deemed frivolous, lacking merit, and not taken in good faith.

EDWIN M. KOSIK
United States District Judge